# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CARLLOWS BATTLE, | ) |
| *Petitioner*, | ) |
| v. | ) Case No. CIV-20-049-D |
| JOHN B. FOX, | ) |
| *Respondent*. | ) |

## O R D E R

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Shon T. Erwin pursuant to 28 U.S.C. § 636(b)(1), the Court adopts the Report and Recommendation [Doc. No. 6], in its entirety.

For the reasons stated therein, this action is **DISMISSED WITHOUT PREJUDICE** to refiling.

**IT IS SO ORDERED** this 6th day of March, 2020.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge